United States District Court
Southern District of Texas
ENTERED
SEP 0 3 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
SEP 0 1 1998
Michael N. Milby, Clerk of Court

| | |
|---|---|
| REYNALDO S. GARZA § | |
| § | |
| § | |
| versus § | CIVIL ACTION 97-263 |
| § | |
| § | |
| UNUM LIFE INSURANCE CO. § | |

Order of Dismissal for Want of Prosecution

Because the summons has not been served within 120 days of the filing of the complaint, this action is dismissed without prejudice for want of prosecution. Fed. R. Civ. P. 4(m).

Signed _September 1_, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge