4

United States District Court
Southern District of Texas
ENTERED
SEP 23 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 22 1998
Michael N. Milby, Clerk of Court

| | |
|---|---|
| REYNALDO S. GARZA, § | |
| Plaintiff § | |
| § | |
| V. § | CIVIL ACTION NO. 97-263 |
| § | **JURY TRIAL REQUESTED** |
| UNUM LIFE INSURANCE COMPANY, § | |
| Defendant § | |

## ORDER

ON THIS DAY came on for consideration plaintiff's Motion to Reinstate the above entitled and numbered cause on the Court's active docket. Upon consideration of same, the Court is of the opinion that plaintiff's Motion should be Granted.

IT IS THEREFORE ORDERED that the above-entitled and numbered cause be, and hereby is, REINSTATED to the active docket of this Court.

IT IS FURTHER ORDERED that plaintiff shall effect service on defendant in this matter within (30) thirty days of the signing of this order.

DONE at Brownsville Texas on this 22 day of September, 1998.

_____
JUDGE PRESIDING