United States District Court
Southern District of Texas
ENTERED

JAN 1 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REYNALDO S. GARZA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-97-263 |
| § | |
| UNUM LIFE INSURANCE CO., § | |
| § | |
| Defendant. § | |

## Order

BE IT REMEMBERED that on January 11, 1999, the Court considered Defendant UNUM LIFE INSURANCE COMPANY's motion to dismiss (Dkt. No. 6). After reviewing the entire case file, the Court DENIES Defendant's motion to dismiss.

DONE at Brownsville, Texas, this \_\_11\_\_ day of January 1999.

Hilda G. Tagle
United States District Judge