10

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Garza § §
versus § CIVIL ACTION B- 97-263
§
UNUM Life Insurance § §

## Order Setting Conference

United States District Court
Southern District of Texas
ENTERED
MAY 0 6 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. A pre-trial *initial* conference will be held on:

   __6-17__, 1999

   at __9:30__ __A__.m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 Easts Tenth Street
   Brownsville, Texas 78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

5. Each party will prepare and bring to the conference, furnishing a copy to opposing counsel at least 5 days prior to the conference:

   a. witness list, including a statement of expected testimony from each witness.

   b. exhibit list with exhibits.

Signed __May 5th__, 1999, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge

o.
ptrlcnfddl.