United States District Court
Southern District of Texas
FILED

JUN 21 1999

Michael N. Milby, Clerk of Court

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

*Dooty* §
versus §
*UNUM Life Insurance* §
§
§

CIVIL ACTION B- 97-263

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 29 1999

Michael N. Milby, Clerk

## Order Setting Conference

1. A status conference will be held on:

   __09-23__, 1999

   at __9:45__ __A__.m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 Easts Tenth Street
   Brownsville, Texas 78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed __June 21st__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

14