United States District Court
Southern District of Texas
FILED

JUN 21 1999

Michael N. Milby, Clerk of Court

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Reynaldo S. Garza

versus

Unum Life Insurance Company of America

§
§
§
§
§
§

CIVIL ACTION B-97-263

## Scheduling Order

1. Trial: Estimated time to try: __2__ days.   ■ Bench   ☐ Jury

2. New parties must be joined by: _____

    Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by: __September 30, 1999__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: __December 15, 1999__

    Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
    No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by: __January 15, 2000__

*********************************************************************

7. Joint pretrial order is due: __03-15-2000__

    The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __04-06-2000__

    The case will remain on standby until tried.

9. Jury Selection: __04-01-2000__

Signed __June 21__, 199_9_, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

15