21

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

SEP 28 1999

Michael N. Milby
Clerk of Court
By: [signature]

GARZA                           §
                                §
versus                          §        CIVIL ACTION B- 97 - 263
                                §
UNUM Life Ins.                  §
                                §

## Order Resetting Trial And Jury Selection

The docket call and final pretrial conference set __04-6-2000__ has been reset to: __03-30-2000__ at 1:30 p.m. Jury Selection has been reset to __04-03-2000__ at 9:00 a.m.

Signed __September 24__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge