

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GARZA, | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-97-263 |
| UNUM LIFE INS. CO., | § § § | |
| Defendants. | § | |

### Final Order of Dismissal

1.  The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2.  This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this ___3___ day of November 1999.

_____
Hilda G. Tagle
United States District Judge