IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYNALDO S. GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-263 |
| | § | |
| UNUM LIFE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties have announced to the Court that the matters in controversy herein have been settled and that the consideration therefor has been paid in full and received. In accordance with the stipulation for dismissal with prejudice signed by counsel for Plaintiff Reynaldo S. Garza ("Garza") and counsel for Defendant UNUM Life Insurance Company of America ("UNUM Life"), it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Garza against UNUM Life are DISMISSED WITH PREJUDICE; it is further

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by UNUM Life against Garza are DISMISSED WITH PREJUDICE; it is further

ORDERED that all attorneys' fees and costs are taxed against the party incurring them. SO ORDERED.

**AGREED ORDER OF DISMISSAL WITH PREJUDICE** - Page 1

SIGNED this 24 day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

**<u>AGREED ORDER OF DISMISSAL WITH PREJUDICE</u>  -  Page 3**

AGREED AS TO FORM AND CONTENT:

RUSSELL & ALEGRIA, P.C.

By: _____
Patrick Russell
State Bar No. 17435050
S.D. No. 8651
Attorney-in-Charge

37 West Elizabeth Street
Brownsville, Texas 78520
956/542-6704
956/542-6767 (facsimile)

ATTORNEYS FOR PLAINTIFF
REYNALDO S. GARZA

**AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 3**

FIGARI & DAVENPORT, L.L.P.

By: _____
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271
Attorney-in-charge

Of Counsel:

Lisa L. Traylor
State Bar No. 00797967
S.D. No. 21115

4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
214/939-2000
214/939-2090 (facsimile)

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY
OF AMERICA

**AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 4**